UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON BLANCHE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-512 |

**ORDER**

This matter is before the court *sua sponte*. The Warden, by counsel, filed a response to the habeas petition. [DE 7]. Consequently, the court will set a deadline for the petitioner to file a traverse.

For these reasons, the court:

(1) **GRANTS** Aaron Blanche until December 18, 2026, to file a traverse; and

(2) **CAUTIONS** Aaron Blanche that, if he does not respond by that deadline, the court may resolve the habeas petition without the benefit of additional briefing.

ENTERED this 10th day of November, 2026.

/s/Andrew P. Rodovich
United States Magistrate Judge